

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00335-CV

**IN THE INTEREST OF A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05876
Honorable Renée Yanta, Judge Presiding

# O R D E R

      Counsel's motion to withdraw is granted. Appellant's pro se motion for extension of time to file the appellant's brief is granted. We order appellant to file her brief by January 23, 2017.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court